

# NUMBERS
## 13-10-00081-CR
## 13-10-00082-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LEO BRAY HUDLIN, JR.,                                            Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

### On appeal from the 329th District Court
### of Wharton County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Leo Bray Hudlin, Jr., received two convictions for tampering with or fabricating physical evidence. On February 22, 2010, appellant filed notices of appeal. On December 30, 2010, this Court abated the appeals because of counsel's failure to file a brief and ordered the trial court to determine whether appellant desired to prosecute the appeals.

At the trial court hearing, appellant signed a document stating that he waives his right of appeal and abandons his appeal in both cause numbers. The document is signed by appellant's counsel and approved by the trial court judge.

Based upon the evidence at the hearing that appellant does not want to continue his appeals, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in these cases. *See* TEX. R. APP. P. 2. Accordingly, we dismiss the appeals.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).
Delivered and filed the
24th day of March, 2011.